Frank Anderson
1032651 2A04
Sussex II State prison
Waverly, Va

Jackson

FILED
Conditionally
APR 10 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Help me Please ;)

I told All of the SX2SP staff
That i have not seen The ~~sex~~

Sussex II State prison
I ast Attorney sence i got here
6 mts Ago —

DO I need To

Get A

Payed

Lawer

Yes-R- NO !

RECEIVED
APR - 6 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Frank Anderson  2-18-20  Legal Mail

1032651

19-00120003

F. Anderson #1032651
2 B 20

today is
7-3-2019

I AM WRITTING TO ASK WHT !!
BRENDA M CAMPTON
CIRCUIT COURT GREENE COUNTY
P_O_ BOX-386
STANDARDVILLE-VIRGINIA  22973-00386

RICHARG G MORGAN          *

I HAVE BEEN WRITTING HER & MY COURT APOINTED LAWER
TOO_SEND ME BACK ALL THE MAIL THAT I SENT THEM!!!

I WROTE THEM FOR THE LAST 2yrs-
i have not got anything back i like to no WHY!!!

I LIKE TO KNOW HOW HE CAN CHANGE HIS ADDRES$ WITHOUT-
TELLING ME!!!!!
    I DID ASK HIM FOR AN APPEAL
6-13-2016

can you look into this for me!!!

CAN YOU SEND ME ___--
HIS NEW ADDRESS AFTER YOU HAVE TALK TO HIM@ SOON !!!

THANK YOU******

Frank Anderson
1032651 C120

Richard G. Morgan, attorney.
50 South Liberty Street
Harrisonburg VA 22801

RECEIVED
AUG 29 2019
OFFICE OF THE DIRECTOR OF
OFFENDER MANAGEMENT SERVICES

MAR 03 2020
Ombudsman Unit
Eastern Region

VA.ST.BAR..

frank anderson 1032651c120b
GREENE ROCK CORR.CENT.
CHATHAM,VIRGINIA. 2453

I AM WRITING TODAY TO ASK WHY..

MY GREENE CO. CURCUIT COURT LAWER HAVE NOT WRITE ME BACK ABOUT THE C. D THAT I ASK FOR 2YEARS AGO, I WROTE ~~THAT~~. GREEN ROCK CORR. CENT WORDEN ,AND GOT NO ANSWER FROMHIM BACK SO What CAN I DO TO GET THIS THIS TAKING CARE. Of..
MY LAWER NAME IS,
RICHARD G. MORGAN

HARRINBURG,VA.

RECEIVED
MAR 03 2020
Ombudsman Unit
Eastern Region



# COMMONWEALTH of VIRGINIA

**HAROLD W. CLARKE**
**DIRECTOR**

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

**MEMORANDUM**
March 4, 2020

Offender #1032651 Frank Anderson
Sussex II State Prison
24427 Musselwhite Drive
Waverly, Virginia  23891-2222

Offender #1032651 Frank Anderson,

I am in receipt of your correspondence dated 02/03/2020.  During a review of your complaints, information provided does not exalted the institutional level process of the Grievance Procedure. No documents were included with your correspondence; which is needed to determine the next course of action.

Please understand the Grievance Procedure does not provide for a review of your complaints at this level that are not properly processed at the Unit Level and/or Regional Level.

The grievance process is a structure method to follow in addressing your complaint. You are encourage to follow the steps in the procedure to complete your grievance. Any step omitted will delay your issue (s) from being resolved in a timely manner.  If you have any questions, please consult your human rights advocate, counselor, unit manager or the regional ombudsman.

Finally, I encourage you to follow the guidelines set forth in Operating Procedure 866.1 to address your concerns.

Sincerely,

*T. Harvey*
T. Harvey, Manager
Ombudsman Services Unit

cc: file

[Handwritten annotations: "No 1rst. Attorney now its", "8-28-19", "Visit 3/2/0", "Did that", "2/2/20 OK", "RECEIVED MAR 11 2020 Business Office Sussex II State Prisc."]

[Handwritten signature: Frank Anderson]
[Handwritten: C 032651=2A-04]



## COMMONWEALTH OF VIRGINIA
### Department of Corrections

Gregory L. Holloway  
Regional Operations Chief

*Division of Operations*  
*Eastern Region*

14545 Old Belfield Road  
Capron, VA 23829  
(434) 658-4368

March 4, 2020

F. Anderson 1032651  
Sussex II State Prison  
24427 Musselwhite Drive  
Waverly, Virginia 23891

Dear F. Anderson:

Although your concerns are appreciated and noted, there was no evidence enclosed to support the proper utilization of the *Offender Grievance Procedure (OP 866.1)*. Please note the below information which you can use as guidance when attempting to have your issues addressed via the grievance procedure.

Before a grievance issue can be reviewed outside the institutional level, an exhaustion of that level must be demonstrated which begins with the submission of an informal complaint. If the staff fails to respond, you can still choose to submit your regular grievance to the Institutional Ombudsman by attaching the complaint form and/or receipt with the grievance. If staff determines that your *grievance* does not meet the intake criteria, you can *then* forward the package to this office for appeal review. If no receipt was issued to you within two working days, then you are advised to speak with your Unit Manager either in person or via request form so that he/she can inquire into the status of your document(s). Please utilize the procedure designed to investigate and bring resolution to grievable matters. With only a few exceptions, remember grievances must be filed within thirty days from date of occurrence of the alleged incident.

If you have questions regarding filing procedure, you may direct them to the Grievance staff at your facility and/or refer to OP 866.1.

Sincerely

K. Cosby, Regional Ombudsman  
Eastern Regional Office

Offender F. Anderson #1032651

2A04

RECEIVED
MAR 03 2020
Ombudsman Unit
Eastern Region

Mr. Anderson,

This office has received numerous forms (requests, informal complaints, regular grievances, and emergency grievances) from you. All of the forms have writing all over the page, not just on the designated lines. All of the forms also have multiple issues covering the whole page. We are aware that you arrived at SXII on 8/28/2019. We are aware that you have requested to see the warden, the institutional attorney, and [need to] attend the law library. You were seen by the institutional attorney in January [A-Lie]. You see the warden regularly [Another Lie] when she makes rounds in the buildings. You have been scheduled for the law library. In order to be scheduled for the law library for more time you must send a new request each time to AMA Spencer. [I DID — no one told me this] If you would like to see the institutional attorney again, please send a separate request to me. [Lie Never Seen The I,A —] Additionally, when writing requests for things, please attempt to only write in the designated area as writing all over the page makes the request not only hard to read but hard to answer as well.

Thank You,

M. Vandermark

M. Vandermark
Operations Manager
Sussex II State Prison

→ Can not see
with out my
→ 6mTo ←
glasses

→ 2-26-20



# COMMONWEALTH of VIRGINIA

**HAROLD W. CLARKE**
**DIRECTOR**

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

August 23, 2019

Moved
me
8-27-19

Frank Anderson #1032651
Green Rock Correctional Center
P.O. Box 1000
Chatham, Virginia 24531

Dear Frank Anderson,

This letter is in response to your written inquiry where you have outlined several concerns. You question why you were transferred to Green Rock Correctional Center (GROC). You say you never had your last four hearings at Deerfield Correctional Center. You state GROC will not give you the paperwork. You ask for your level. You request your lawyer's number.

In regards to your housing assignment, transfer recommendations are to be initiated by the institutional staff. Once CCS receives the recommendation it will be processed accordingly. If you are not satisfied with your housing assignment, please consult with your assigned counselor to discuss your transfer options.

Please note the concerns regarding your hearings have been shared with the appropriate staff for review. You may discuss your classification concerns with your assigned counselor. If you are not satisfied with the response, you may submit an Informal Complaint to initiate the grievance process.

In regards to your lawyer's phone number, please be advised that the Department of Corrections cannot assist you with your inquiry. You may find it opportune to consult with the institutional lawyer if one is available at your facility.

Sincerely,
*Didn't sign*
Correspondence Unit

RECEIVED
MAR 03 2020
Ombudsman Unit
Eastern Region

cc: Melvin Davis, Warden
    Disciplinary Appeals Unit

CC/ss

Log # 19-00127350

Case 2:20-cv-00186-RAJ-LRL Document 1-2 Filed 04/10/20 Page 8 of 10 PageID# 8



| | | |
|---|---|---|
| Name: | Anderson, Frank | University of Virginia Health System |
| MRN: | 0425906 | Department of Radiology and Medical Imaging |
| Gender: | Male | Charlottesville, Virginia |
| DOB: | 12/29/1956 | |
| Pt Account # | | Radiology Report |
| | | Performing Department: |
| Ordering Provider: | Michael Brooks | SSMW Sussex II |
| Authorizing Provider: | Michael Brooks, MD | Department Phone: |
| Ordering Dept. | SSMW SUSSEX II STP RCF | 804-834-9967 |

**Final**

ORDER No: 179550325
EXAMINATION: XR TELE HIP RT

ACCESSION No: 14749839
EXAM DT/TIME: 10/03/2019  3:43 PM

Reason For Exam:      POST PAIN 2V (1032651)
Ordering Diagnosis:   Examination

EXAM:  Right hip two-view

CLINICAL HISTORY:  Pain/trauma

COMPARISON:  None

FINDINGS:
No fracture or dislocation. Minimal hip osteoarthritis. Minimal degenerative change SI joints. Discogenic disease and osteoarthritis lower spine. Soft tissues are normal.

IMPRESSION:
Minimal hip osteoarthritis.

Mark Golub, M.D.
Attending Physician, Diagnostic Radiology

Report Reviewed by: M C Brooks MD
Date:
Time:

RADIOLOGY TECHNOLOGIST:    SKEENS, MEGAN
RADIOLOGY RESIDENT/FELLOW:                                    READ DT/TIME:
RADIOLOGY ATTENDING:       Mark Golub, MD                    SIGN DT/TIME: 10/03/2019 3:56 PM

RECEIVED
MAR 1 3 2020
Ombudsman Unit
Eastern Region

THIS DOCUMENT WAS SIGNED ELECTRONICALLY. A COPY OF THIS IS ONLINE IN THE EPIC SYSTEM. BY ELECTRONICALLY SIGNING THIS REPORT, I THE PHYSICIAN ATTEST THAT I HAVE REVIEWED THE IMAGE(S) FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.



| | | |
|---|---|---|
| Name: | Anderson, Frank | University of Virginia Health System |
| MRN: | 0425906 | Department of Radiology and Medical Imaging |
| Gender: | Male | Charlottesville, Virginia |
| DOB: | 12/29/1956 | |
| Pt Account # | | Radiology Report |
| | | Performing Department: |
| Ordering Provider: | Michael Brooks | SSMW Sussex II |
| Authorizing Provider: | Michael Brooks, MD | Department Phone: |
| Ordering Dept. | SSMW SUSSEX II STP RCF | 804-834-9967 |

Final

ORDER No: 179550327  
EXAMINATION: XR TELE KNEE RT

ACCESSION No: 14749841  
EXAM DT/TIME: 10/03/2019 3:43 PM

Reason For Exam: LAT POST PAIN 2V (1032651)  
Ordering Diagnosis: Examination

EXAM: Right knee two-view

CLINICAL HISTORY: Pain/trauma

COMPARISON: None

FINDINGS:
No fracture or dislocation. Joint spaces are intact. Soft tissues are normal. No knee joint effusion.

IMPRESSION:
Normal

Report Reviewed by:
M C Brooks MD
Date: 10-9-19
Time: 1445

RECEIVED
MAR 0 3 2020
Ombudsman
Eastern Region

Mark Golub, M.D.
Attending Physician, Diagnostic Radiology

RADIOLOGY TECHNOLOGIST: SKEENS, MEGAN  
RADIOLOGY RESIDENT/FELLOW:  
RADIOLOGY ATTENDING: Mark Golub, MD

READ DT/TIME:  
SIGN DT/TIME: 10/03/2019 3:56 PM

THIS DOCUMENT WAS SIGNED ELECTRONICALLY. A COPY OF THIS IS ONLINE IN THE EPIC SYSTEM. BY ELECTRONICALLY SIGNING THIS REPORT, I THE PHYSICIAN ATTEST THAT I HAVE REVIEWED THE IMAGE(S) FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.



VIRGINIA DEPARTMENT OF CORRECTIONS

## Grievance Receipt Report

VACORIS C - #.0
DOC Location: SXII Sussex II State Prison
Report generated by Johnson, R
Report run on 03/19/2020 at 03:24 PM

Grievance Number: SXII-20-INF-01867

Next Action Date: 4/3/2020 12:00:00 AM

| On this date: | 03/19/2020 | | I have received a statement from: |
|---|---|---|---|
| Anderson, Frank E | 1032651 | of | Sussex II State Prison<br>HU2-A-04-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| Offender states: I never got to the Sussex II State Prison Institutional Attorney, 6 months now! | | | |
| *(Signature)* | | | |

No one sign
I like to
No why!

Officer Initials: